**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BERNARDO GALLEGOS-LOMELI, | No. 10-73333 |
| Petitioner, | Agency No. A078-056-852 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Bernardo Gallegos-Lomeli, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's denial of Gallegos-Lomeli's motion to reopen, because the evidence submitted with the motion concerns the same basic hardship grounds that Gallegos-Lomeli previously relied on to support his application for cancellation of removal. *See Fernandez v. Gonzales*, 439 F.3d 592, 601-03 (9th Cir. 2006).

Gallegos-Lomeli's contentions that the BIA failed to consider the evidence he submitted and failed to explain the reasons for denying his motion are not supported by the record and do not amount to colorable constitutional claims that would invoke our jurisdiction. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**

10-73333